UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KAZEM MAJD,<br><br>              Petitioner,<br><br>      v.<br><br>MARK BOWEN, Warden,<br><br>            Respondent. | Case No. 5:25-cv-03407-RGK-JDE<br><br>ORDER VACATING ORDER REQUIRING ANSWER (DKT. 12) AND DIRECTING THAT THE ACTION BE ADMINISTRATIVELY CLOSED |

Based on Petitioner's Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a), the Court's Order Requiring Answer (Dkt. 12) is VACATED and the Clerk's Office is directed to administratively close the action.

IT IS SO ORDERED.

Dated: January 14, 2026

JOHN D. EARLY
United States Magistrate Judge